United States District Court
Southern District of Texas
ENTERED

JUN 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUN 23 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN RINCONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-052 |
| | § | |
| RAYMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Defendant will brief privilege issues by **August 7, 1998**.
    Plaintiff will respond by **August 20, 1998**.

(2) Defendant will file dispositive motion by **October 16, 1998**.
    Plaintiff will respond by **November 16, 1998**.

(3) All discovery in this case must be completed by **January 4, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **December 18, 1998**. Failure to file such motion shall preclude further discovery.

(4) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **February 19, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6) A final pretrial and settlement conference is set for **February 19, 1999 at 1:30 P.M.**

(7) Final Pretrial is set for **March 4, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle.
    Jury selection is set for **March 5, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle.

(8)     Trial on the merits is set for **March 1999,** docket call.

DONE at Brownsville, Texas, on this 23rd day of June 1998.

_____
John Wm. Black
United States Magistrate Judge