United States District Court
Southern District of Texas
ENTERED

AUG 21 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 20 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARY ANN RINCONES | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-98-52 |
| RAYMONDVILLE INDEPENDENT | § |
| SCHOOL DISTRICT and BOARD OF | § |
| TRUSTEES FOR THE RAYMONDVILLE | § |
| INDEPENDENT SCHOOL DISTRICT | § |

### ORDER DENYING PLAINTIFF'S MOTION TO REMAND

Be it remembered, that on this day came on to be considered Plaintiff's Motion to Remand. After considering same and the arguments of counsel, the Court is of the opinion that said motion is not well taken and should be denied.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Remand be, and the same is hereby denied.

SIGNED this ____ day of ____August____, 1998.

_____
UNITED STATES DISTRICT JUDGE