IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN RINCONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-052 |
| | § | |
| RAYMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 16, 1998 should be **ADOPTED.**

DONE in Brownsville, Texas, on this _20_ day of _August_ 1998.

_____
Hilda G. Tagle
United States District Judge