17

ClibPDF - www.fastio.com

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

~~OCT 2 1 1998~~  11-30-8

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY ANN RICONES | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-98-52 |
| RAMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT and BOARD OF | § | |
| TRUSTEES FOR THE RAYMONDVILLE | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |

ORDER GRANTING
DEFENDANT RAMONDVILLE I.S.D.'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION

On this day came on to be considered Defendant Raymondville Independent School District's

Unopposed Motion for Enlargement of Time to File Dispositive Motion. After considering same, the

Court is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED that Defendant Raymondville Independent School

District's Unopposed Motion for Enlargement of Time to File Dispositive Motion be, and the same

is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline for Defendant to file its dispositive motion

is extended to December 1, 1998, and the deadline for Plaintiff to file her response to Defendant's

dispositive motion is extended to January 4, 1999.

SIGNED this 21 day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE