United States District Court
Southern District of Texas
ENTERED
NOV 30 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Mary Ann Rincones                   §
                                    §
                                    §
versus                              §   C.A. B-98-52
                                    §
                                    §
Raymondville Independent School
District, et al

## ORDER

1. As previously ordered, a settlement conference is set February 19, 1999, at 1:30 P.M., and the joint pretrial order is due February 19, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on  17 Nov  , 1998, at Brownsville, Texas.

_____
John Wm. Black
United States Magistrate Judge