IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN RINCONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-052 |
| | § | |
| RAYMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

**ORDER DENYING DEFENDANT RAYMONDVILLE
INDEPENDENT SCHOOL DISTRICT'S SECOND UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

On this day came on to be considered Defendant Raymondville Independent School District's Unopposed Motion for Enlargement of Time to File Dispositive Motion. After considering same, the Court is of the opinion that the Motion should be denied.

Defendant's Motion states that depositions have been postponed until there is a ruling on Defendant's assertion of a deliberative process privilege. The file contains a brief from Defendant on this issue (Docket No. 13). There is also a brief filed by Plaintiff on this issue (Docket No. 15). However, there is no Motion raising this issue. This Judge will not render an advisory opinion.

IT IS THEREFORE ORDERED that Defendant Raymondville Independent School District's Unopposed Motion for Enlargement of Time to File Dispositive Motion be, and the same is hereby DENIED.

SIGNED at Brownsville, Texas, this 10th day of December 1998.

John Wm. Black
United States Magistrate Judge