United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY ANN RINCONES § | |
| § | |
| VS. § | |
| § | |
| § | CIVIL ACTION NO.: B-98-52 |
| RAYMONDVILLE INDEPENDENT § | |
| SCHOOL DISTRICT and BOARD OF § | |
| TRUSTEES for the RAYMONDVILLE § | |
| INDEPENDENT SCHOOL DISTRICT § | |

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO COMPLETE DISCOVERY**

This cause having come on for hearing on the Agreed Motion of Plaintiff, MARY ANN RINCONES and Defendants, RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT and BOARD OF TRUSTEES for the RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT for Extension of Time to Complete Discovery, and the Court after having considered the pleadings on file herein is of the opinion that said Motion has merit, and should be granted. It is therefore,

ORDERED that Plaintiff, MARY ANN RINCONES and Defendant, RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT and BOARD OF TRUSTEES for the RAYMONDVILLE INDEPENDENT SCHOOL DISTRICT's Agreed Motion for Extension of Time to Complete Discovery is GRANTED.

IT IS FURTHER ORDERED that the deadline to complete discovery is extended from January 4, 1999 to _____B FED_____, 1999.

The Clerk shall send a copy of this Order to counsel for the partes.

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY           Page 1

SIGNED this the 4 day of JAN, 1999, in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE
Of the United States District Court for the
Southern District of Texas,
Brownsville Division

cc:   Mr. Brent A. Bishop, Ellis, Koeneke & Ramirez, L.L.P., 1101 Chicago, McAllen, Texas 78501-4822
      Mr. Oscar Treviño, Walsh, Anderson, Brown, Schulze & Aldridge, P.C., P. O. Box 2156, Austin, TX 78768

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY                     Page 2