26

United States District Court
Southern District of Texas
ENTERED
FEB 0 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN RINCONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-052 |
| | § | |
| RAYMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Protective Order (Docket No. 22) which has its roots in the Defendant School District's claim that the deliberations of its Board of Trustees in connection with Plaintiff's termination from her teacher's aid job are protected under the "deliberative process privilege".

In discovery Plaintiff seeks information about deliberations by the School trustees concerning her termination for using a school intercom to encourage school staff members to sign a petition supporting the Superintendent of Raymondville Independent School District.

The Fifth Circuit has stated that the deliberative process privilege shields pre-decisional matters reflecting deliberative processes, *Skelton v. United States Postal Service*, 678 F.2nd 35, 38 (5th Cir. 1982).

IT IS ORDERED that Defendant's Motion for Protective Order with respect to Interrogatories 8, 11, 12 and 13 be DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Protective Order with respect to Requests for Admission 24, 29, 46, 47, 48, 49 and 50 be DENIED, with respect to Requests for Admission 36 be GRANTED.

SIGNED at Brownsville, Texas, this 6th day of January 1999.

John Wm. Black
United States Magistrate Judge