27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 0 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARY ANN RINCONES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-052 |
| | § | |
| RAYMONDVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING RAYMONDVILLE ISD'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION**

After considering Defendant's Motion for Reconsideration of Order Denying Raymondville ISD's Second Unopposed Motion for Enlargement of Time to File Dispositive Motion and the arguments of counsel, the Court is of the opinion that said Motion is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that Defendant's Motion for Reconsideration of Order Denying Raymondville ISD's Second Unopposed Motion for Enlargement of Time to File Dispositive Motion be, and the same is hereby **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall have until February 22, 1999 to file dispositive motions and Plaintiff shall have until March 15, 1999 to file her response.

SIGNED at Brownsville, Texas, this 6th day of January 1999.

John Wm. Black
United States Magistrate Judge