30

United States District Court
Southern District of Texas
ENTERED

FEB 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARY ANN RINCONES § | |
| § | |
| vs. § | CIVIL ACTION NO.: B-98-52 |
| § | |
| RAYMONDVILLE INDEPENDENT § | |
| SCHOOL DISTRICT and BOARD OF § | |
| TRUSTEES for the RAYMONDVILLE § | |
| INDEPENDENT SCHOOL DISTRICT § | |

## ORDER

On this day came on to be considered the parties' Joint Advisory to the Court Regarding Settlement and Motion for Abatement of Scheduling Order Deadlines. After considering same, the Court is of the opinion that the parties' motion for abatement of the remaining Scheduling Order deadlines in this case should be granted.

IT IS, THEREFORE, ORDERED that the remaining Scheduling Order deadlines in this case be, and the same are hereby abated. The parties are directed to file appropriate dismissal documents in this case within 30 days of the date of this Order.

SIGNED this 10th day of FEB, 1999.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

cc: Mr. Edmundo O. Ramirez, Mr. Brent A. Bishop, 1101 Chicago, McAllen, TX 78501-4822
Mr. Oscar Treviño, P.O. Box 2156, Austin, TX 78768