#31

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARY ANN RINCONES §
§
vs. §
§ CIVIL ACTION NO. B-98-52
§
RAMONDVILLE INDEPENDENT §
SCHOOL DISTRICT and BOARD OF §
TRUSTEES FOR THE RAYMONDVILLE §
INDEPENDENT SCHOOL DISTRICT §

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of the parties' counsel below, the parties have settled all things

in controversy between them.

IT IS, THEREFORE, ORDERED, that the above-entitled and numbered action be, and the

same is hereby dismissed with prejudice as to Defendants Raymondville Independent School District

and the Board of Trustees for Raymondville Independent School District.

IT IS FURTHER ORDERED that all costs are hereby taxed against the party incurring same.

Signed this ___ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

**ATTORNEYS FOR PLAINTIFF:**
ELLIS, KOENEKE & RAMIREZ, L.L.P.
1101 Chicago
McAllen, Texas 78501-4822
Telephone:    (956) 682-2440
Facsimile:    (956) 682-0820

By:  *Brent A. Bishop*
     EDMUNDO RAMIREZ
     State Bar No. 16501420
     BRENT BISHOP
     State Bar No. 00796211

**ATTORNEYS FOR DEFENDANT**:
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
Telephone:     (512) 454-6864
Facsimile:     (512) 467-9318

BY:_____
          OSCAR G. TREVIÑO
          State Bar No. 20211275